UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEVEN AVERY,
    Plaintiff,

v.

Case No. 12-C-0192

GERALD A. PAGEL, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITY;
JOHN BYRNES, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITY;
GARY HEMAUER, IN HIS OFFICIAL AND
INDIVIDUAL CAPACITY;
CALUMET COUNTY, IN ITS OFFICIAL AND
INDIVIDUAL CAPACITY;
CORRECTIONAL OFFICER(S) JOHN DOE(S),
IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES,
    Defendants.

## SUMMONS

To the Above-Mentioned Defendants:

You are hereby summoned and required to serve upon plaintiff, whose address in Wisconsin Secure Program Facility, 1100 Morrison Dr., P.O. Box 9900, Boscobel, WI 53805, and answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusively of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____
Clerk of Court

Date: _____