UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEVEN AVERY,
    Plaintiff,

v.    Case No. 12-CV-192

GERALD A. PAGEL, JOHN BYRNES,
GARY HEMAUER,
CALUMET COUNTY,
and JOHN DOES,   Defendants.

For A dismissal

Plaintiff has filed this two Voluntary dismissal of this Case.

Case No. 12-CV-0192

Date 8-13-2014

Steven Avery

CC.
ATTORNEY Ronald Stadler
AND Court.