UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STEVEN AVERY,

    **Plaintiff,**

    v.                                    Case No. 12-CV-192

GERALD A. PAGEL, JOHN BYRNES,
GARY HEMAUER, CALMUET COUNTY,
and JOHN DOES,

    **Defendants.**

---

## DECISION AND ORDER

Plaintiff has filed a request for voluntary dismissal. On October 3, 2014, I ordered that plaintiff could respond to defendants' request that voluntary dismissal is with prejudice, or that plaintiff could withdraw his request for voluntary dismissal, on or before October 30, 2014. I advised plaintiff that failure to timely respond or withdraw might result in dismissal of this action with prejudice. Plaintiff has not responded or withdrawn his request.

**THEREFORE, IT IS ORDERED** that plaintiff's request for voluntary dismissal is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 6th day of November, 2014.

                                                     s/ Lynn Adelman
                                                     _____
                                                     LYNN ADELMAN
                                                     District Judge