AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

STEVEN AVERY,
    Plaintiff

    v.                                  CASE NUMBER: 12-CV-0192

GERALD A. PAGEL, JOHN BYRNES,
GARY HEMAUER, CALUMET COUNTY,
and JOHN DOES,
    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

| November 6, 2014 | Jon W. Sanfilippo |
|---|---|
| Date | Clerk |
| | s/ D. Monroe |
| | (By) Deputy Clerk |